CJF1.28.20
USAO# 2020R00055/LNE:

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2020 FEB -5 PM 5:58

CLERK'S OFFICE
AT BALTIMORE

BY ____LP____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. DKC-20-045 |
| | * | |
| LAWRENCE SMITH, | * | (Possession of a Firearm and Ammunition by a Prohibited Person, 18 U.S.C. § 922(g)(1); Forfeiture, 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c)) |
| Defendant. | * | |

*******

## INDICTMENT

### COUNT ONE
(Felon In Possession of Firearm and Ammunition)

The Grand Jury for the District of Maryland charges that:

On or about September 28, 2019, in the District of Maryland, the defendant,

**LAWRENCE SMITH,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, to wit: a Hi-Point 9mm Luger pistol semi-automatic serial number P005182 loaded with approximately 7 rounds of ammunition, and the firearm and ammunition were in and affecting commerce.

18 U.S.C. § 922(g)

## FORFEITURE

The Grand Jury for the District of Maryland further charges that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), as a result of the defendant's conviction under Count One of the Indictment.

2. As a result of the offense alleged in Count One of this Indictment, the defendant,

**LAWRENCE SMITH**

shall forfeit to the United States the firearm involved in the commission of the offense a Hi-Point 9mm Luger pistol semi-automatic serial number P005182 loaded with approximately 7 rounds of ammunition.

18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)

_____
Robert K. Hur
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED

Foreperson

2-5-20
Date

2