### IN THE UNITED STATES DISTRICT COURT FOR
### THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES : | |
| : | |
| v.   : | Case No. DKC-20-045 |
| : | |
| LAWRENCE SMITH : | |

## MOTION TO SEAL

Lawrence Smith, through his undersigned counsel, hereby moves this Court for leave to file under seal his sentencing memorandum and its corresponding exhibits. The sentencing memorandum and exhibits contain confidential and personal information.

THEREFORE, the defense requests that this Court grant its motion to seal.

Respectfully submitted,

JAMES WYDA
Federal Public Defender
for the District of Maryland

_____/s/_____
MAGGIE GRACE (#29905)
Assistant Federal Public Defender
Office of the Federal Public Defender
100 South Charles Street
Tower II, Ninth Floor
Baltimore, Maryland 21201
Phone: 410-962-3962
Fax: 410-962-3976
Email: maggie_grace@fd.org